**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   VIOLA EDWARDS                                              CASE NO: 09-00465
                                                                    CHAPTER 13

        DEBTORS(S)                                                  JUDGE:  JACK B SCHMETTERER

                                                                    NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CITIMORTGAGE INC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0006 | 6969  ARRS | $   42.87 | $   42.87 | $   42.87 |

Total Amount Paid the Trustee                                                                  $   42.87

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                              X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 12th day of    December, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| VIOLA EDWARDS | ROBERT J SEMRAD & ASSOC LLC |
| 727 E 88TH PL | 20 S CLARK ST 28TH FLR |
| CHICAGO IL 60619 | CHICAGO IL 606030000 |

Addtional Creditors

CODILIS & ASSOCIATES
15W030 N FRONTAGE RD # 100
BURR RIDGE IL 60527

Mortgage Arrearage Creditor

CITIMORTGAGE INC
PO BOX 6941
THE LAKES NV 88901-6941

Electronic Service US Trustee

| Date: December 12, 2012 | /s/ Tom Vaughn |
|---|---|
| | Tom Vaughn, Chapter 13 Trustee |
| | Chapter 13 Trustee |
| | 55 East Monroe Street, Suite 3850 |
| | Chicago, Ill   60603 |